IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 NOV 22 PM 2:12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILE UNDER SEAL |
| Plaintiff, | ) | Cr. No. 05-20409-B P |
| vs. | ) | 21 U.S.C. § 841 |
| | ) | 18 U.S.C. § 922 |
| TRAVIS BESHONE FOULKS, | ) | |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about January 21, 2005, in the Western District of Tennessee and elsewhere, the defendant,

------------------------------------ **TRAVIS BESHONE FOULKS** ----------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute at least fifty grams of a mixture and substance containing a detectable amount of cocaine base, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about January 21, 2005, in the Western District of Tennessee and elsewhere, the defendant,

---------------------------------- **TRAVIS BESHONE FOULKS** ----------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of a cocaine base, a controlled substance as classified in Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

Beginning at a time unknown to the Grand Jury, but continuing through at least on or about January 21, 2005, in the Western District of Tennessee, the defendant,

---------------------------------- **TRAVIS BESHONE FOULKS** ----------------------------------

having been convicted of a crime punishable by imprisonment for a term exceeding one year did unlawfully, knowingly and intentionally possess in and affecting commerce firearms, specifically the following:

1. Bryco .25 caliber pistol with serial number 1569837
2. Antique 6 shot revolver "Mouvement Agier" with serial number N-11

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL:

_____
FOREPERSON

DATED: November 22, 2005

_____
UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20409 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Braden H. Boucek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT