IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

11/22/2005

# CASE NO: 05-20409-B

USA VS. TRAVIS BESHONE FOULKS

## SEALED DOCUMENT(S) FILED

DOCUMENT #3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20409 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT